UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT CIESZKOWSKI and
TIMOTHY SYLVER,

                        Plaintiffs,           Case No. 07-13535

vs.

                                                Judge Patrick J. Duggan

CARO CARBIDE CORPORATION,
a Michigan corporation,                           Magistrate Virginia Morgan
CARO CARBIDE CORPORATION
EMPLOYEES' PROFIT SHARING PLAN AND TRUST,
And RICHARD CIESZKOWSKI, Individually and as
Plan Administrator and Trustee of the Caro Carbide
Corporation Employees' Profit Sharing Plan and Trust,

                        Defendants.

---

| Webb Engelhardt & Fernandes, PLLC | Pear Sperling Eggan & Daniels, P.C. |
|---|---|
| By: Rodger Webb(P33356) | By: Bruce G. Davis (P38715) |
|     Americo Fernandes (P69095) | Attorneys for Defendants |
| Attorneys for Plaintiffs | 24 Frank Lloyd Wright Drive |
| 17000 W. 10 Mile Rd., 2nd Floor | Ann Arbor, Michigan 48105 |
| Southfield, Michigan 48304 | (734) 665-4441 |
| (248) 395-9750 | |

---

**STIPULATED ORDER DISMISSING COMPLAINT WITH PREJUDICE**

At a session of said Court held in the
City of Detroit on February 20, 2008.

The parties having settled the captioned matter and having agreed that Plaintiffs Complaint should be dismissed with prejudice and without costs or attorney fees to any party;

IT IS ORDERED that Plaintiffs' Complaint is hereby dismissed with prejudice without costs or attorney to any party.

s/Patrick J. Duggan
February 20, 2008                                United States District Judge

## STIPULATION

The parties hereby agree that Plaintiffs' Complaint will be dismissed with prejudice without cost or attorneys to any party.

| | |
|---|---|
| /s/ Rodger Webb w/ permission on 2/18/08 | /s/ Bruce G. Davis          2/18/08 |
| Webb Engelhardt & Fernandes, PLLC | Pear Sperling Eggan & Daniels, P.C. |
| By:  Rodger Webb(P33356) | By:  Bruce G. Davis (P38715) |
|     Americo Fernandes (P69095) | Attorneys for Defendants |
| Attorneys for Plaintiffs | 24 Frank Lloyd Wright Drive |
| 17000 W. 10 Mile Rd., 2nd Floor | Ann Arbor, Michigan  48105 |
| Southfield, Michigan  48304 | (734) 665-4441 |
| (248) 395-9750 | bdavis@psedlaw.com |
| Rodger@weflaw.com | |
| americo@weflaw.com | |